**UNITED STATES DISTRICT COURT W.D. WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**ROGER FREDERICK STAFFELMAIER,**<br>　　　　　　　**Defendant.** | **Case No.  CR97-0540**<br><br>**Preliminary Order on**<br>　**Allegations of Violations of**<br>　**Supervised Release/Probation** |

　　　**THIS MATTER** coming on regularly for hearing before the undersigned Magistrate Judge, the plaintiff appearing through the office of the United States Attorney for the Western District of Washington, the defendant appearing with counsel, the U.S. Probation Office having filed a petition alleing violation of the terms and conditions of supervision, the defendant having been advised of the allegations and:

　　( )　　**The defendant having requested a preliminary hearing.**
　　(X )　**The court having found probable cause with regard to one or more of the alleged violations.**

　　**NOW THEREFORE, THE COURT ORDERS:**


　　( x )　　a revocation hearing to be held before Judge: **ROBERT J. BRYAN**
　　　　　　Date: **MARCH 26, 2007**　　　　Time:　**9:30 A.M.**

(
**IT IS FURTHER ORDERED that the defendant:**

　　( x )　　be released subject to being in full compliance with the terms and conditions of supervised release, including but not limited to substance abuse treatment and testing.


**The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer and/or Probation Officer.**

　　　　　　　　　　　　　　　　　　**March 13, 1999.**

　　　　　　　　　　　　　　　　　　**/s J. Kelley Arnold**
　　　　　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2